**ADANTÉ D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TREVA STEWART, ESQ., SBN 239829**
**ANGEL ALEXANDER, ESQ., PL-492703**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TStewart@LawyersFTP.com
Email: Aalexander@LawyersFTP.com

Attorneys for Plaintiff  TALMIKA BATES

NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com MCNAMARA,
AMBACHER, WHEELER, HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250 Pleasant
Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant  RYAN REZENTES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALMIKA BATES, an individual, ) | Case No.: 3:22-cv-01097-RFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE HEARING ON** |
| vs. ) | **DEFENDANT'S MOTION FOR** |
| ) | **SUMMARY JUDGEMENT** |
| RYAN REZENTES, in his individual ) | |
| capacity as a police officer for the CITY OF ) | |
| BRENTWOOD; and DOES 1-50, inclusive, ) | |
| ) | |

1  |  Defendant.                    )
2  |                                 )

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the Court set a hearing on Defendant's First Motion for Summary Judgment for February 6, 2024. (ECF 59)

WHEREAS, Plaintiff's counsels have a wrongful death trial proceeding in the Northern District in San Jose Federal Court before Judge DeMarchi starting February 5, 2024.

WHEREAS, the parties jointly request and stipulate to requesting the Court continue the hearing on Defendant's First Motion for Summary Judgment to March 5, 2024 or another date thereafter that is available for the Court.

Dated: January 17, 2024            POINTER & BUELNA, LLP
                                    LAWYERS FOR THE PEOPLE

                                    By: /s/Patrick Buelna
                                        Patrick M. Buelna
                                        Attorney for Plaintiff TALMIKA BATES

Dated: January 1, 2024             MCNAMARA, AMBACHER, WHEELER,
                                    HIRSIG & GRAY LLP

                                    By: /s/Noah Blechman
                                        Noah G. Blechman
                                        John J. Swafford
                                        Attorneys for Defendant RYAN REZENTES

///

# **ORDER**

Having reviewed and considered the above Stipulation of the Parties, and based on the representations therein and for good cause shown, it is hereby ORDERED that:

The hearing on Defendant's First Motion for Summary Judgment is continued to March 5, 2024 at 10:00 AM.

In addition, the Case Management Conference set for February 21, 2024 is continued to March 27, 2024. An updated case management statement is due by March 20, 204.

**IT IS SO ORDERED.**

**DATE:** January 18, 2024      _____

**HON. RITA F. LIN**
**NORTHERN DISTRICT OF CALIFORNIA**