NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
RYAN REZENTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALMIKA BATES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN REZENTES, in his individual capacity as a police officer for the CITY OF BRENTWOOD; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No. C22-01097 RFL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff TALMIKA BATES, individually, and Defendant RYAN REZENTES, in his individual capacity as a police officer for the CITY OF BRENTWOOD (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Complaint, the operative complaint, so the entire action, against the Defendant, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  November 15, 2024       POINTER & BUELNA, LLP

      /s/ Adante D. Pointer
ADANTE D. POINTER
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  November 15, 2024       McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By:     /s/ Noah G. Blechman
Noah G. Blechman
John J. Swafford
Attorneys for Defendant
RYAN REZENTES

## **ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses the Plaintiff's Complaint, namely this entire action, with prejudice, as to all claims alleged by Plaintiff.  Each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated: _____, 2024

By: _____
HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE